UNITED STATES of America,
Plaintiff—Appellee,

v.

Dexter T. DUKES, Defendant—
Appellant.

No. 03–10536.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Kimberly M. Frayn, Office of the U.S.
Attorney, Las Vegas, NV, for Plaintiff–
Appellee.

---

* The panel unanimously finds this case suitable
for decision without oral argument, and de-
nies Boyle's motion for oral argument. *See*
Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

Kirk T. Kennedy, Esq., Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

### MEMORANDUM **

Federal prisoner Dexter T. Dukes appeals the sentence imposed following his guilty-plea conviction for conspiracy to distribute a controlled substance pursuant to 21 U.S.C. §§ 841(a) and 846, and failure to appear pursuant to 18 U.S.C. § 3146(a)(1).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).